**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-6142**

JAMES ALEN JOHNSON,

Plaintiff – Appellant,

v.

PIERCE, Deputy Sheriff; CONMED HEALTHCARE MANAGEMENT, Nurses/Provider,

Defendants – Appellees,

and

NEWPORT NEWS CITY JAIL, Sheriff Department,

Defendant.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Raymond A. Jackson, District Judge. (2:14-cv-00512-RAJ-RJK)

Submitted: August 11, 2016          Decided: November 3, 2016

Before NIEMEYER, WYNN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

James Alen Johnson, Appellant Pro Se. Jonathan Lewis Stone, NORRIS & ST. CLAIR P.C., Virginia Beach, Virginia; Ruth Griggs, WIMBISH GENTILE MCCRAY & ROEBER, Richmond, Virginia; Joel Mark McCray, SANDS ANDERSON, PC, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Alen Johnson appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Johnson v. Pierce</u>, No. 2:14-cv-00512-RAJ-RJK (E.D. Va. Jan. 12, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>